JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO FUENTES,<br><br>                Petitioner,<br><br>      v.<br><br>WARDEN RICOLCOL, FCI-1 Victorville,<br><br>                Respondent. | Case No. 2:23-cv-08685-KK-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Respondent's motion to dismiss is granted and this action is dismissed with prejudice.

DATED: May 24, 2024

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE